**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

| | |
|---|---|
| **ELLIS KEYES,**<br>**Plaintiff,**<br><br>**v.**<br><br>**EDISON BANKS,**<br>**Defendant.** | **CIVIL NO. 7:18-CV-23-KKC**<br><br>**JUDGMENT** |

In according with the opinion and order entered on this date the Court hereby ORDERS and ADJUDGES as follows:

1) defendant Edison Banks' motion for summary judgment (DE 62) is GRANTED;
2) judgment is entered in favor of defendant Edison Banks on all claims asserted in this action;
3) this judgment is FINAL and APPEALABLE; and
4) this matter is STRICKEN from the Court's active docket.

Dated September 02, 2020

Karen K. Caldwell

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY