UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION -- PIKEVILLE

| | |
|---|---|
| ELLIS KEYES,<br><br>    Plaintiff,<br><br>v.<br><br>EDISON BANKS,<br><br>    Defendant. | CIVIL NO. 7:18-CV-23-KKC<br><br>**OPINION AND ORDER** |

Plaintiff Ellis Keyes has filed a motion for leave to appeal without paying the filing fee (DE 71.) The caption of the motion states "United States Court of Appeals for the Sixth Circuit," indicating that Keyes may have intended to make the motion before that court. Fed. R. Civ. P 7(b)(2), 10(a). To the extent that Keyes intended to move this Court to waive the filing fee, the Court hereby ORDERS that the motion is DENIED.

A plaintiff moving to appeal in forma pauperis must attach to his motion an affidavit that 1) shows in the detail prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure the individual's inability to pay or give security for fees and costs; 2) claims an entitlement to redress; and 2) states the issues the party intends to present on appeal. Fed. R. App. 24(a)(1).

In addition, the Court cannot grant the motion if it finds the appeal is not taken in good faith. 28 U.S.C.A. § 1915(a)(3). Plaintiff did not set forth the issues he intends to raise on appeal in his affidavit, but he did state them in the motion. Plaintiff has stated no non-frivolous appellate issue. Accordingly, the Court finds that the appeal is not taken in good faith. The motion must be denied.

Dated November 04, 2020



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY